IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COREY DEWAYNE GLADNEY,<br>      Petitioner, | )<br>)<br>) | |
| v. | ) | No. 3:14-CV-4303-N |
| LORIE DAVIS, Director TDCJ-CID,<br>      Respondent. | )<br>)<br>) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Petitioner's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) is DENIED.

Signed this 21st day of July, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE